FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AUG 17 2016

9:30 AM

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOHN P. HOLGUIN,

    Plaintiff,

v.

                                  Case No. 1:16-cv-00200-KG-LF

THE STANDARD LIFE INSURANCE
COMPANY OF NEW YORK,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion to Dismiss With Prejudice (Doc. 24) brought by plaintiff John P. Holguin and defendant The Standard Life Insurance Company of New York, and the Court having reviewed the Joint Motion and being otherwise fully advised, finds that good cause for the Joint Motion exists and it should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims brought or that could have been brought in this action between plaintiff John P. Holguin and defendant The Standard Life Insurance Company of New York are dismissed with prejudice. The parties are to bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE